UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT SCOTT URE, JR.,

    Plaintiff,

v.

Case No. 2:24-cv-1029-KCD

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

## ORDER

Before the Court is Defendant's Unopposed Motion for Remand. (Doc. 23.) The Commissioner believes that remand is appropriate for the ALJ to,

> give further consideration to the opinion evidence from Martha Turnberg, M.D.; reevaluate the claimant's maximum residual functional capacity; and if warranted, obtain supplemental evidence from a vocational expert to clarify the effects of the assessed limitations on the occupational base. The Administrative Law Judge will also offer the claimant the opportunity for a hearing; take further action to complete the administrative record; and issue a new decision.

(*Id.* at 1.)

Under 42 U.S.C. § 405(g), the Court can enter judgment, reversing and remanding a social security case for rehearing. *See Shalala v. Schaefer*, 509 U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 101-02 (1991). The Commissioner's request for remand is appropriate, and given Plaintiff's consent, it will be granted.

Accordingly, it is now **ORDERED**:

1.      Defendant's Unopposed Motion for Remand (Doc. 23) is **GRANTED**.

2.      The Commissioner's decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3.      The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, deny all pending motions as moot, and close the file.

**ENTERED** in Fort Myers, Florida on April 29, 2025.

_____
Kyle C. Dudek
United States Magistrate Judge